Ava P. TRAHAN, et al.

v.

Donald T. REGAN, Secretary of the Treasury, et al.

No. 86–5051.

United States Court of Appeals, District of Columbia Circuit.

Oct. 26, 1987.

Before WALD, Chief Judge; ROBINSON, MIKVA, EDWARDS, RUTH B. GINSBURG, BORK, STARR, SILBERMAN, BUCKLEY, WILLIAMS, D.H. GINSBURG and SENTELLE, Circuit Judges

## ORDER

PER CURIAM.

Appellants' suggestion for rehearing *en banc* has been circulated to the full Court. The taking of a vote thereon was requested. Thereafter, a majority of the judges in regular active service voted in favor of the suggestion. Upon consideration of the foregoing, it is

ORDERED, by the Court *en banc*, that appellants' suggestion for rehearing *en banc* is granted.

A future order will govern further proceedings herein.

WALD, C.J., and SENTELLE, J., did not participate in this order.